U.S. Bankruptcy Court  November 15, 2009
District of Arizona (Tucson)
# 4:09-bk-8297-EWH

Judge Eileen W. Hollowell,

    I was approved for a SBA 504 Loan on September 29, 2003; loan number CDC 673-689-4004 AZ. This was for land/building purchase at 1745 E. Skyline Dr.. Therefore this is under the Federal Rules and Regulations, which states that you can not close until 90 days after Unconditional Certificate of Occupancy. Also, CIT was in charge of Construction and was to produce Certificate of Occupancy. This is why it is critical for the CIT Lending Service Corp./ CIT Small Business Lending to produce a Certificate of Occupancy. Exhibit (6)

    1- Pima County Issues Certificate of Occupancy for Shell 6/22/2005
    2- Application for Certificate of Occupancy for Shell 8/18/2003
        a- applicant     William Royal Gansline
        b- Contractor    Pathway Development Inc.
        c- Owner        Skyline/Ina Foothills Limited
    3- Warren R. Siringer ( Pima County, Senior Plans Examiner) 9/4/2008
        a- There is NO Certificate of Occupancy for Shell Building
    4- Yves Khawam, PhD ( Pima County, Chief Building Official) 3/3/2009
        a- REVOKES CERTIFICATE OF OCCUPANCY!

    Since there is NO Certificate of Occupancy, and the Closing Documents where never returned to me, the Closing should have never taken place! They should have never made me make payments, put liens on my properties, foreclosed on me and forced me into Bankruptcy! Once again, Your Honor I request my money back, the liens off, and restore my Credit! Also reinstate the stay on the Building.

Thank You, Your Honor,     *[signature]*

Dr. Victor Trujillo

11/17/2009

# EXHIBIT 6

## PIMA COUNTY DEVELOPMENT SERVICES

1- Issues Fake Certificate of Occupancy for Shell 6/22/2005

2- Application for Certificate of Occupancy for Shell 8/18/2003

3- Warren R. Siringer (Senior Plans Examiner) 9/4/2008

    a- There is No Certificate of Occupancy for Shell Building

4- Yves Khawam, PhD ( Chief Building Official ) 3/3/2009

    a- REVOKES CERTIFICATE OF OCCUPANCY!

# Development Services

**Pima County**

Building Codes Division

Carmine DeBonis Jr.
*Director*

Phone: (520) 740-6490
fax: 520.740.6878

## Certificate of Occupancy

*This certificate is issued pursuant to the requirements of the Uniform Administrative Code certifying that at the time of issuance the following structure was in Compliance with the various ordinances regulating building construction or use.*

Business Name: SKYLINE ESPLANADE
Business Address: 1745 E SKYLINE DR PC
Business Use: OFFICE: SHELL ONLY & REV1: TRUSSES
Building Owner Information:

SKYLINE/INA FOOTHILLS LIMITED
ATTN: R B PRICE & COMPANY IN
6713 E CAMINO PRINCIPAL 85715

Activity Number: P03CP08893

Maximum Occupancy Load: 90
Occupancy Group: B
Construction Type: V-B
Use Zone: TR-R
Date: 06/22/2005

_____
Yves Khawam, Acting Building Codes Administrator

**Post in a Conspicuous Place**

Public Works Building • 201 N. Stone Avenue, 1st Floor • Tucson, AZ • 85701-1207 • Phone 520.740.6505 • Fax 520.740.6878 • www.pimaxpress.com




pima.gov

**Close Window**                                                                   **Print Page**

| Permit Activity For: 1745 E SKYLINE DR PC | | |
|---|---|---|
| **Description: OFFICE: SHELL ONLY & REV1: TRUSSES** | | |
| **Permit:** P03CP08893 | **Status:** C OF O | **Situs:** 1745 E SKYLINE DR PC |
| **Applied:** 08/18/2003 | **Issued:** 12/18/2003 | **Final:** 06/01/2005 |
| **Expire:** | **Sewer:** 08/28/2003 | **Parcel:** 10802050A |
| Zoning: | Lot: BLD9 | **Subdivision:** SKYLINE ESPLANADE |
| **Description: TI: DENTAL OFFICE & REV 1: PLUMBING & REV 2: MECHA** | | |
| **Permit:** P04CP14082 | **Status:** ISSUED-1 | **Situs:** 1745 E SKYLINE DR PC |
| **Applied:** 12/21/2004 | **Issued:** 02/16/2005 | **Final:** |
| **Expire:** 03/19/2006 | **Sewer:** | **Parcel:** 10802050A |
| Zoning: | Lot: BLD9 | **Subdivision:** SKYLINE ESPLANADE |





DEVELOPMENT SERVICES DEPARTMENT
BUILDING CODES DIVISION

## WARREN R. SIRINGER
SENIOR PLANS EXAMINER

PUBLIC WORKS BUILDING
201 N. STONE AVENUE
TUCSON, ARIZONA 85701-1207

PHONE: (520) 740-6490
FAX: (520) 740-6555
Warren.Siringer@dsd.pima.gov

11/17/2009

September 4, 2008

TO: Michael Gomez
P. O. Box 90283
Tucson, AZ 85752

FROM: Warren Siringer
Senior Plans Examiner
Pima County Building Safety

Dear Michael:

I recently received your letter of August 28th with 4 questions on commercial buildings. The answers are listed below.

1. There is no Certificate of Occupancy for a shell building.
2. Each tenant does need their own Certificate of Occupancy.
3. The number of parking spaces for a given building is checked by the zoning department, you may reach them at 740-6450 for any further information you may need on their requirements.
4. The ratio of accessible parking spaces is listed in Table 1106.1 of the 2006 IBC.

I hope this answers your questions satisfactorily. You may contact me at warren.siringer@dsd.pima.gov if you have any other related questions.

Sincerely,

Warren Siringer

| PIMA COUNTY BUILDING CODE DEPARTMENT APPROVED OR APPROVED AS NOTED | Approval of plans and specifications shall not be construed to be a permit for or an approval of. Any violation of any of the provisions of the Pima County Building Code. |

Warren Siringer, being first duly sworn, under oath depose and say;

1. That I am the Senior Plans Examiner, Pima County Building Safety.

2. That the statements made by me in the foregoing document with Certificate of Occupancy attached are true of my own knowledge.

Signed this 9th day of January, 2009.

*Warren Siringer*
Senior Plans Examiner

2/11/09

RECEIVED
FEB 11 20[..]
PIMA COUNTY
BUILDING
CODES

STATE OF ARIZONA ) 
) SS
COUNTY OF PIMA )

The foregoing document with attached Certificate of Occupancy was subscribed and sworn to before me, the undersigned Notary Public by Warren Siringer this 9th day of January, 2009.

_____
Notary Public

| PIMA COUNTY BUILDING CODE DEPARTMENT APPROVED OR APPROVED AS NOTED | Approval of plans and specifications shall not be construed to be a permit for or an approval of. Any violation of any of the provisions of the Pima County Building Code. |

11/17/2009




**Development Services**

Carmine DeBonis Jr.
*Director*

Office: 520.740.6506
fax: 520.740.6878

To Whom it may Concern:

March 3, 2009

We have of late received many requests for information regarding the shell building located at 1745 E. Skyline Drive. This building received final inspection approval on June 1, 2005 and was inadvertently placed in "c of o" status instead of "final" status by our clerical staff. Certificates of occupancy are issued following approval of final inspection of tenant improvement permits and not for shell buildings.

As such the certificate of occupancy issued for this activity was issued in error and has been revoked in accordance with the 2006 International Building Code, Section 110.4.

Sincerely,

Yves Khawam, PhD
Chief Building Official

OFFICIAL SEAL
NORWOOD H. RAINEY
NOTARY PUBLIC - ARIZONA
PIMA COUNTY
My Comm. Exp. Jan. 11, 2012

Norwood H. Rainey