FILED

2009 NOV 30 A 9:43

CLERK
US BANKRUPTCY COURT
DISTRICT OF ARIZONA

U.S. Bankruptcy Court                               November 30, 2009
District of Arizona (Tucson)
#:4:09-8297-EWH                                     Dr. Victor Trujillo

Judge Eileen W. Hollowell,

   I am asking for an Extension with National City Mortgage.
They want a lift of Stay (December 14), while they tell me they can't get to my WORKOUT PACKAGE for a minimum of 12 WEEKS! They are making it impossible for us.

   Actually, all the mortgage companies ( BAC, and GMAC ) are backed up. Therefore we are asking for an Extension with them also, until they can get to our Workout Packages.

   I am writing to you Your Honor, because Mr. Sparks is not communicating with me. I don't know if he filed my request, even though I faxed him on November 23 and a Courier (J2 Express Delivery Service) delivered him the fax November 25, 2009: EXHIBIT A


Thank You, Your Honor

*[signature]*

Dr. Victor Trujillo

11/30/2009

# EXHIBIT A

1- Fax to Mr. Sparks

2- J2 Express Delivery Service

National City ⎫ all are backed up!
BAC          ⎬ and waiting for my workout
GMAC         ⎭ packages to be Reviewed, so Restructure!

# SKYLINE DENTAL, LLC



**VICTOR E. TRUJILLO, D.D.S.**
3918 W. INA RD. D-100
TUCSON, ARIZONA 85741
OFFICE (520) 579-3393
FAX    (520) 579-3005



National City Mortgage canNOT get to my workout package intill 12 weeks! so ask for an extention with Judge. They are backed up on Hou Retention.

# Fax

**To:** Eric Sparks          **From:** Dr Trujillo
**Fax:** 623-9157            **Pages:** 1
**Phone:**                   **Date:** 11/23/09
**Re:**                      **CC:**

[x] Urgent  [ ] For Review  [ ] Please Comment  [ ] Please Reply

Fax Extention with County!

* Page count includes cover sheet *

This message is intended for the use of the person or entity to which it is addressed and may contain information that is privileged or confidential, the disclosure of which is governed by applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of the information is STRICTLY PROHIBITED. If you have received this message by error, please notify us immediately and destroy the related message.

11/30/2009



**Meeting Your Delivery Needs**
520-292-6555
www.j2express.com

Date: 11/25/09

Time: 1123

Courier: Mike D

☐ Urgent  ☐ Routine
☒ Same Day  ☐ Next Day

Item(s): ENVELOPE

Origination: Victor Trujillo  Client Signature: [signature]

Time: _____

Destination: Eric Sparks  Client Signature: [signature]
110 S. Church #2270

Time: _____

Date: 11/25/09

Special Instructions: _____