Eric Slocum Sparks
Arizona State Bar No. 11726
LAW OFFICES OF ERIC SLOCUM SPARKS, P.C.
110 South Church Avenue, #2270
Tucson, Arizona 85701
Telephone (520) 623-8330
Facsimile (520) 623-9157
eric@ericslocumsparkspc.com

Attorney for Debtors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | No. 4:09-bk-08297-EWH |
| VICTOR ELIAS TRUJILLO and MICHELLE MARIE TRUJILLO | (Chapter 11) |
| Debtors. | |
| In re: | No. 4:09-bk-09917-EWH |
| SKYLINE DENTAL, LLC, | (Chapter 11) |
| Debtor. | |
| In re: | No. 4:09-bk-10039-EWH |
| ROSIE T., LLC | (Chapter 11) |
| Debtor. | Jointly Administered |
| National City Mortgage Services Co. | |
| Movant, | MOTION TO CONTINUE EVIDENTIARY HEARING |
| v. | Real Property located at: |
| Victor Elias Trujillo and Michelle Marie Trujillo, | 1848 E. Desert Garden Dr. Tucson, AZ, 85718 |
| Respondents. | HEARING DATE: 12/14/09 HEARING TIME: 2:30 p.m. |

COMES NOW, Victor Elias and Michelle Marie Trujillo, Debtors,

Debtors in Possession, by and through their counsel undersigned, and

1

1  files this Motion to Continue the Evidentiary Hearing set in this

2  matter for at least 30 days to a date and time convenient to this

3  Honorable Court's calendar.  This motion is supported by the attached

4  Memorandum of Points and Authorities.

5      RESPECTFULLY SUBMITTED: December 3, 2009

6
                              LAW OFFICES OF
7                             *ERIC SLOCUM SPARKS, P.C.*

8                             /s/ Sparks AZBAR #11726
                              Eric Slocum Sparks
9                             Attorney for Debtor

2

## MEMORANDUM OF POINTS AND AUTHORITIES

## I. FACTUAL BACKGROUND

1.   The subject property is the real property ("the Property") located at 1848 E. Desert Garden Dr. Tucson, AZ, 85718;

2.   The Property is maintained and insured.

3.   The debtors believe this property is necessary for an effective reorganization.

4.   Debtors have advised this counsel that they are applying for a loan modification.

5.   This counsel has spoken to Movant's counsel's office to request their consent to a continuance of this hearing. Movant's Counsel requested that this counsel file a motion with the Court but that they would not object to a continuance.

WHEREFORE debtors move this Honorable Court for an Order continuing the evidentiary hearing for not less than 30 days at a date and time convenient to this Court's calendar.

Dated: December 3, 2009
LAW OFFICES OF
*ERIC SLOCUM SPARKS, P.C.*

/s/ Sparks AZBAR #11726
Eric Slocum Sparks
Attorney for Debtor

COPIES of the foregoing mailed December 3, 2009 to:

United States Trustee
230 N. First Ave. #204
Phoenix, AZ 85003

3

| | |
|---|---|
| 1 | Mark S. Bosco |
| | Leonard McDonald |
| 2 | Tiffany & Bosco, P.A. |
| | 2525 E. Camelback Road |
| 3 | Suite 300 |
| | Phoenix, AZ 85016 |
| 4 | (Attorneys for Movant) |
| 5 | |
| 6 | /s/ Kathleen A. Horak |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

4